## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| FRANK GREENE JR., : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CASE NO. 3:23-cv-00453 (SVN) |
| : | |
| LILA D. GRIMES, PEARL A. GREENE, : | |
| WELLS FARGO BANK, STATE OF : | |
| CONNECTICUT, ALLAN K. GRIMES, : | |
| and STATE OF NORTH CAROLINA, : | |
| : | |
| Defendants. : | |

### **PARTIAL JUDGMENT as to Pearl A. Greene**

This action having come before the Court for consideration of Defendant Pearl A. Greene's motion for summary judgment and the Plaintiff's cross motion for summary judgment before the Honorable Sarala V. Nagala, United States District Judge; and

The Court having considered the motions and the full record of the case including applicable principles of law, and having granted the Defendant's motion, denied the Plaintiff's motion, and directed the Clerk of Court to enter judgment for Defendant Pearl Greene under Federal Rule of Civil Procedure 54(b) because there is no just reason for delay on March 29, 2024; it is hereby,

ORDERED, ADJUDGED, and DECREED that judgment be and is hereby entered in favor of Defendant Pearl Greene.

Dated at Hartford, Connecticut, this 5th day of April, 2024.

DINAH MILTON KINNEY, Clerk

By: /s/ Michael Bozek
Michael Bozek
Deputy Clerk

Entered on Docket: 4/5/2024