UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FRANK GREENE JR., | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : CASE NO. 3:23-cv-00453 (SVN) |
| | : |
| LILA D. GRIMES, | : |
| WELLS FARGO BANK, and | : |
| PEARL A. GREENE | : |
| | : |
| Defendants. | : |

## **JUDGMENT**

This action having come before the Court for consideration of the Plaintiff's third amended complaint before the Honorable Sarala V. Nagala, United States District Judge; and

The Court having considered the complaint and the full record of the case including applicable principles of law, and having dismissed the Plaintiff's third complaint with prejudice on May 20, 2024; and partial judgment having been previously entered in favor of Defendant Pearl Greene on April 5, 2024; it is hereby,

ORDERED, ADJUDGED, and DECREED that judgment be and is hereby entered in favor of the remaining Defendants.

Dated at Hartford, Connecticut, this 31st day of May, 2024.

DINAH MILTON KINNEY, Clerk

By: /s/ Michael Bozek
Michael Bozek
Deputy Clerk

Entered on Docket: 5/31/2024